THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN MAXWELL, Appellant.

(Submitted November 15, 1926; decided November 23, 1926.)

Motion for reargument denied.    (See 243 N. Y. 620.)

---

SCHENECTADY HOLDING COMPANY, INC., Appellant and
Respondent, *v.* EDWARD B. ASHTON, Respondent and
Appellant, Impleaded with Another.

*Appeal — cross-appeals — motion to dismiss plaintiff's appeal unless it
pay half of cost of printing record granted.*

Reported below, 215 App. Div. 857.

(Submitted November 15, 1926; decided November 23, 1926.)

MOTION by defendant to dismiss a cross-appeal by
the plaintiff from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 27, 1926, modifying and affirming as
modified a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term.    Also
motion by plaintiff to compel defendant to insert plaintiff's
notice of appeal in its printed return.

The motion to dismiss was made upon the ground that
plaintiff had failed to file and serve its return on appeal.

*Thomas B. Kattell* for motion.

*Walter A. Fullerton* opposed.

Motion to dismiss granted unless within ten days
plaintiff pay defendant's attorneys one-half of the expense
of printing record on appeal and pay ten dollars costs
of motion, in which event motion for insertion of plaintiff's
notice of appeal in such record is granted.